# UNITED STATES DISTRICT COURT
## Eastern District of California

## PETITION FOR DISMISSAL OF WARRANT FOR OFFENDER UNDER SUPERVISION

| | | | |
|---|---|---|---|
| **Name of Person Under Supervision:** | Jerome D. Morris | **Docket Number:** | 0972 CITR0592531-1 |
| **Name of Judicial Officer**: | Honorable Gregory G. Hollows | | 2:22-mj-0152 CKD |

**Date of Original Sentence:**   10/04/1995

**Original Offense:** 18 U.S.C. § 13, C.V.C. § 12500(A) – Driving Without a Valid License

**Original Sentence:** One Year Limited Supervised Probation

**Special Conditions:** $385 fine, $10 special assessment, pay fine and special assessment within 30 days; probation to become unsupervised upon completion of financial special conditions

**Type of Supervision:**    Limited Supervised Probation

**Date Supervision Commenced:**    10/04/1995

**Other Court Actions:**

**04/09/1996:**    A petition for warrant was filed with the Court alleging a failure to pay his special assessment and fine, and him absconding from supervision.  The Court issued a warrant.

---

### PETITIONING THE COURT

The probation officer respectfully recommends the petition for warrant filed on April 9, 1996, be dismissed and the warrant recalled. It is further recommended that probation be terminated in this case.

**Justification:** A little more than two months after being sentenced to limited supervised probation, Mr. Morris moved, his whereabouts became unknown, and a warrant was issued for his arrest. It appears he also did not make any payments toward his fine and special assessment. I contacted the United States District Court Financial Department, and they have no record of Mr. Morris in their system. It should be noted that the special assessment expired five years after his judgment and the liability to pay his fine lasts 20 years, which expired on October 3, 2015.

Due to the nature of his original offense and violation conduct, and this warrant being issued over 26 years ago, it is respectfully recommended that the warrant filed on April 9, 1996, be recalled and Mr. Morris be terminated from limited supervised probation.

Respectfully submitted,

*/s/ Scott Storey/*

**SCOTT STOREY**
**Assistant Deputy Chief Assistant Deputy Chief**
**United States Probation Officer**
Telephone: 916-930-4319

**DATED:**   10/25/2022
                    Sacramento, California

---

**THE COURT ORDERS:**

☒ Dismissal of Petition for Warrant filed April 9, 1996, and the warranted recalled. It is further ordered that Probation be terminated in this case.

☐ Other


Dated:  October 28, 2022

*/s/ Carolyn K. Delaney/*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE


CC:

United States Probation

Assistant United States Attorney: Not assigned

Defense Counsel: Not assigned